# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD IBUADO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL PRISON ATWATER, *et al.*,<br><br>　　　　Defendants. | Case No.  1:22-cv-00651-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE<br>(ECF No. 2)<br><br>ORDER TO SUBMIT **NON-PRISONER** APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE<br><br>**THIRTY (30) DAY DEADLINE** |

　　　　Plaintiff Gerald Ibuado ("Plaintiff") is a former federal prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.  Plaintiff initiated this action on May 31, 2022, (ECF No. 1), together with an application to proceed *in forma pauperis* by a prisoner (ECF No. 2).

　　　　Plaintiff's complaint indicates that Plaintiff was out of custody at the time this action was filed.  Therefore, Plaintiff has completed the wrong version of the *in forma pauperis* application.  Plaintiff must submit the correct form, completed and signed, if he wishes for his application to be considered.

　　　　Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is DENIED, without prejudice;

///

1

2. The Clerk of the Court is directed to serve this order and a **non-prisoner** application to proceed *in forma pauperis* on Plaintiff;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis* for a non-prisoner, completed and signed, or in the alternative, pay the $402.00 filing fee for this action; and

4. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated:   **June 2, 2022**                              /s/ *Barbara A. McAuliffe*
                                                                   UNITED STATES MAGISTRATE JUDGE