# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD IBUADO, | Case No. 1:22-cv-00651-BAM (PC) |
| Plaintiff, | ORDER GRANTING NON-PRISONER APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS |
| v. | |
| FEDERAL PRISON ATWATER, *et al.*, | (ECF No. 5) |
| Defendants. | |

Plaintiff Gerald Ibuado ("Plaintiff") is a former federal prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 2, 2022, the Court issued an order denying Plaintiff's application to proceed *in forma pauperis* by a prisoner and directing Plaintiff to submit a non-prisoner application to proceed *in forma pauperis* or pay the $402.00 filing fee within thirty days.  (ECF No. 4.)  On June 27, 2022, Plaintiff submitted the instant non-prisoner application to proceed *in forma pauperis*. (ECF No. 5.)

Examination of Plaintiff's application reveals that Plaintiff is unable to afford the costs of this action.  Accordingly, the motion to proceed *in forma pauperis*, (ECF No. 5) is GRANTED.

IT IS SO ORDERED.

Dated:  **June 27, 2022**          /s/ *Barbara A. McAuliffe*          
UNITED STATES MAGISTRATE JUDGE

1