# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD IBUADO,<br><br>   Plaintiff,<br><br>   v.<br><br>FEDERAL PRISON ATWATER, *et al.*,<br><br>   Defendants. | Case No.: 1:22-cv-00651-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(ECF No. 8) |

Plaintiff Gerald Ibuado ("Plaintiff") is a former federal prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to 42 U.S.C. § 1983. On June 27, 2022, the Court granted Plaintiff's application to proceed *in forma pauperis* in this action pursuant to 28 U.S.C. § 1915. (ECF No. 6.)

On August 4, 2022, Plaintiff filed a renewed motion to proceed *in forma pauperis*. (ECF No. 8.) As the Court has already granted Plaintiff's request to proceed *in forma pauperis*, the instant motion, (ECF No. 8), is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:   **August 8, 2022**            /s/ *Barbara A. McAuliffe*            
                    UNITED STATES MAGISTRATE JUDGE

1