1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD IBUADO, | Case No.  1:22-cv-00651-AWI-BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY COURT ORDER, AND FAILURE TO PROSECUTE |
| v. | |
| FEDERAL PRISON ATWATER, *et al.*, | |
| Defendants. | (ECF No. 19) |

Plaintiff Gerald Ibuado ("Plaintiff") is a former federal prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971).  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 8, 2022, the assigned Magistrate Judge screened Plaintiff's first amended complaint and issued findings and recommendations that this action be dismissed for failure to state a cognizable claim upon which relief may be granted.  (ECF No. 14.)  After Plaintiff filed a motion providing new factual allegations, the Magistrate Judge found it appropriate to vacate the pending findings and recommendations and granted Plaintiff leave to file a second amended complaint incorporating the new allegations.  (ECF Nos. 17, 18.)  Plaintiff was expressly warned that failure to file a second amended complaint would result in dismissal of this action, with prejudice, for failure to obey a court order and failure to state a claim.  (ECF No. 18, p. 3.)

1

1     On March 1, 2023, following Plaintiff's failure to file a second amended complaint or

2  otherwise communicate with the Court, the Magistrate Judge issued findings and

3  recommendations recommending dismissal of this action, with prejudice, for failure to state a

4  claim pursuant to 28 U.S.C. § 1915A, failure to obey a court order, and failure to prosecute.

5  (ECF No. 19.)  Those findings and recommendations were served on Plaintiff and contained

6  notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at

7  10.)  More than fourteen days have passed, and no objections have been filed.

8     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a

9  *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that

10  the Magistrate Judge's findings and recommendations are supported by the record and by proper

11  analysis.

12     Accordingly, IT IS HEREBY ORDERED that:

13     1.     The Findings and Recommendations issued on March 1, 2023, (ECF No. 19), are

14            adopted in full;

15     2.     This action is dismissed, with prejudice, due to Plaintiff's failure to state a claim,

16            failure to obey a court order, and failure to prosecute; and

17     3.     The Clerk of the Court is directed to close this case.

18

19  IT IS SO ORDERED.

20  Dated:   April 7, 2023                          _____

21                                                  SENIOR  DISTRICT  JUDGE

22

23

24

25

26

27

28

2